1  STEPHEN L. DAVIS (State Bar No. 149817)
   MARK R. LEONARD (State Bar No. 219186)
2  DAVIS & LEONARD, LLP
   8880 Cal Center Drive
3  Suite 180
   Sacramento, California 95826
4  Telephone: (916)362-9000
   Fax: (916)362-9066
5  E-mail: mleonard@davisandleonard.com
6
7  Attorneys for Plaintiff
   Salu, Inc.
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALU, INC., a Delaware corporation, | CASE NO. 2:08-CV-02357-JAM KJM |
| Plaintiff, | JUDGMENT ~~PURSUANT TO~~ JAM |
| v. | ~~STIPULATION~~ |
| SKIN STORE 4 LESS, INC. a California corporation; GAIL HUMBLE, an individual. | |
| Defendants. | |

~~Pursuant to the stipulation of the parties, through their counsel, and~~ *JAM* good cause appearing therefor, it is hereby adjudged that:

### ORDER

1. Dr. Gail Humble, an individual, and Skin Store 4 Less, Inc., a California corporation (collectively "Defendants") shall be and are permanently enjoined from any use, directly or indirectly, of the marks SKINSTORE or SKIN STORE, or any confusingly similar terms, in connection with skin care related products or services.

2. Defendants' domain name registrar, NameSecure, LLC, shall transfer Defendants' domain name registration for skinstore4less.com to Salu.

1

1     3.     This Court shall retain jurisdiction to enforce the terms of this Judgment. Either party may apply by noticed motion to this Court to enforce the terms of this Judgment.

Dated: September 9, 2009

_____
Judge of the District Court